# United States Court of Appeals
# for the Federal Circuit

_____

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant,*

**v.**

**PITT OHIO EXPRESS INC.,**
*Defendant-Appellee.*

_____

2012-1471

_____

Appeal from the United States District Court for the Southern District of Ohio (Cincinnati) in No. 10-CV-0090, Judge Sandra S. Beckwith.

_____

**JUDGMENT**

_____

ANTHONY C. WHITE, Thompson Hine, LLP, of Columbus, Ohio, argued for plaintiff-appellant. With him on the brief were MEGAN D. DORTENZO, of Cleveland, Ohio, and STEPHEN J. BUTLER, of Cincinnati, Ohio. Of counsel was TROY S. PRINCE, of Cleveland, Ohio.

GRETCHEN L. JANKOWSKI, Buchanan Ingersoll & Rooney, PC, of Pittsburgh, Pennsylvania, argued for defendant-appellee. With her on the brief was MICHAEL L. DEVER.

_____

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (NEWMAN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 6, 2013      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk